# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| WILLIAM HOPE DAVIS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-46 |
| | * | |
| v. | * | |
| | * | |
| HOMER BRYSON, Commissioner, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's June 1, 2016, Report and Recommendation, dkt. no. 27, to which Petitioner William Davis ("Davis") has filed Objections, dkt. no. 30. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Davis' Objections. Consequently, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Davis' Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** Davis leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to

AO 72A
(Rev. 8/82)

enter the appropriate judgment of dismissal and to **CLOSE** this case.

    **SO ORDERED**, this ____ day of __August__, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA